IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**BETH SARVER ASHWORTH,**                                   Civil No. 4:25-cv-00026

        Plaintiff,

  v.

**POPILUSH, LLC,**

        Defendant.

## ANSWER

Defendant Popilush, LLC, by counsel, hereby answers the Complaint filed by Plaintiff in the above-styled action as follows:

1. Paragraph 1 contains no allegations to which a response is required.

2. Denied.

3. Defendant does not dispute the Court's subject matter jurisdiction in this case.

4. Defendant does not dispute that venue in this Court is appropriate for this case.

5. Defendant admits only that venue is proper in this Court.

6. Admitted.

7. Admitted.

8. Defendant lacks sufficient information to admit or deny the allegations of Paragraph 8, and therefore they are denied.

9. Defendant lacks sufficient information to admit or deny the allegations of Paragraph 9, and therefore they are denied.

10. Defendant lacks sufficient information to admit or deny the allegations of Paragraph 10, and therefore they are denied.

11. Defendant lacks sufficient information to admit or deny the allegations of Paragraph 11, and therefore they are denied.

12. Admitted that the text messages identified in Paragraph 12 appear to be from Defendant, but Defendant lacks sufficient information to admit or deny that the messages were delivered to the phone number alleged in Paragraph 12, as the complete phone number is not identified.

13. Defendant lacks sufficient information to admit or deny the allegations of Paragraph 13.

14. Denied.

15. Admitted.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Paragraph 20 contains no allegations of fact to which a response is required.

21. Paragraph 21 contains no allegations of fact to which a response is required.

22. Paragraph 22 contains no allegations of fact to which a response is required.

23. Paragraph 23 contains no allegations of fact to which a response is required.

24. Paragraph 24 contains no allegations of fact to which a response is required.

25. Paragraph 25 contains no allegations of fact to which a response is required.

26. Paragraph 26 contains no allegations of fact to which a response is required.

27. Denied.

28. Denied.

29. Paragraph 29 contains no allegations of fact to which a response is required.

30. Denied that Plaintiff suffered any injuries.

31. Paragraph 31 contains no allegations of fact to which a response is required.

32. Paragraph 32 contains no allegations of fact to which a response is required.

33. Paragraph 33 contains no allegations of fact to which a response is required.

34. Paragraph 34 contains no allegations of fact to which a response is required.

35. Paragraph 35 contains no allegations of fact to which a response is required.

36. Paragraph 36 contains no allegations of fact to which a response is required.

37. Paragraph 37 contains no allegations of fact to which a response is required.

38. Defendant denies any and all allegations of wrongdoing, including but not limited to that it has violated the TCPA.

39. Paragraph 39 contains no allegations to which a response is required.

40. Paragraph 40 contains no allegations of fact to which a response is required.

41. Paragraph 41 contains no allegations of fact to which a response is required.

42. Paragraph 42 contains no allegations of fact to which a response is required.

43. Paragraph 43 contains no allegations of fact to which a response is required.

44. Paragraph 44 contains no allegations of fact to which a response is required.

45. Paragraph 45 contains no allegations of fact to which a response is required.

46. Paragraph 46 contains no allegations of fact to which a response is required.

47. Denied.

48. The previous responses are incorporated as if fully set forth herein.

49. Paragraph 49 is a statement of law to which no response is required.

50. Paragraph 50 is a statement of law to which no response is required.

51. Paragraph 51 is a statement of law to which no response is required.

52. Paragraph 52 is a statement of law to which no response is required.

53. Paragraph 53 is a statement of law to which no response is required.

54. Denied.

55. Denied.

56. Denied.

## AFFIRMATIVE DEFENSES

57. Each and every allegation of the Complaint not specifically admitted herein is denied.

58. The Complaint fails to state a claim upon which relief can be granted.

59. Plaintiff consented to receive text messages from Defendant and is therefore barred from seeking relief under the TCPA.

60. Defendant reserves the right to assert any other affirmative defense which may become apparent as this matter progresses.

WHEREFORE, Defendant Popilush, LLC, by counsel, moves the Court to dismiss the Complaint with prejudice, that it be awarded its costs incurred, and that the Court award such other relief as it deems appropriate.

Dated: June 30, 2025

                                          Respectfully submitted,

                                          /s/ *Adam B. Pratt*

        John M. Bredehoft  (VSB 33602)
        Kaufman & Canoles, P.C.
        150 West Main Street
        Suite 2100
        Norfolk, VA 23510
        Telephone: (757) 624-3000
        Facsimile: (888) 360-9092
        john.bredehoft@kaufcan.com

        Adam B. Pratt  (VSB 89496)
        Kaufman & Canoles, P.C.
        4801 Courthouse Street
        Suite 300
        Williamsburg, VA 23188
        Telephone: (757) 259-3800
        Facsimile: (888) 360-9092
        adam.pratt@kaufcan.com

        *Attorneys for Defendant Popilush, LLC*

## **CERTIFICATE OF SERVICE**

     I certify that on June 30th, 2025, a true copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will give notification to:

| | |
|---|---|
| William Robinson | Anthony I. Paronich |
| 319 N. Piedmont St., #1 | Paronich Law, P.C. |
| Arlington, VA 22203 | 350 Lincoln Street, Suite 2400 |
| | Hingham, MA 02043 |

        /s/ *Adam B. Pratt*

                                                _____
John M. Bredehoft  (VSB 95740)
Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
john.bredehoft@kaufcan.com

Adam B. Pratt  (VSB {none})
Kaufman & Canoles, P.C.
4801 Courthouse Street
Suite 300
Williamsburg, VA 23188
Telephone: (757) 259-3800
Facsimile: (888) 360-9092
adam.pratt@kaufcan.com

*Attorneys for Defendant Popilush, LLC*